UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LaMARK FRANKLIN,<br><br>                Plaintiff,<br><br>     vs.<br><br>RICHARD MORGAN, et al.,<br><br>                Defendants. | NO.  CV-04-5131-FVS<br><br>ORDER GRANTING MOTION TO WAIVE REMAINING BALANCE OF FILING FEE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

    By Order filed April 11, 2004, the court granted Plaintiff's Motion to Voluntarily Dismiss.  However, because Mr. Franklin did not file a separate motion and affidavit to waive the remaining balance of the filing fee as directed, he was still obligated to pay it.  After requesting payments be made from his savings account, Mr. Franklin now requests that the filing fee simply be waived (Ct. Rec. 13).

    Plaintiff asserts it is a financial hardship for him to continue to pay the filing fee.  For good cause shown, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 13) is **GRANTED** and the institution having custody of Mr. Franklin shall cease collection of the filing fee in this action, cause number **CV-04-5131-FVS.**

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff and close the file.  The District Court Executive is further directed to send a copy of this

ORDER GRANTING MOTION TO WAIVE REMAINING BALANCE OF FILING FEE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate agency having custody of Plaintiff.  The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this  16th   day of May, 2005.

                           s/ Fred Van Sickle
                         FRED VAN SICKLE
                    CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO WAIVE REMAINING BALANCE OF FILING FEE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2